SCOTT N. CAMERON
Attorney at Law
1007 7th Street, Suite 319
Sacramento, California 95814
Telephone: (916) 442-5230

Attorney for:
ARTHUR EVANGELISTA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>ARTHUR EVANGELISTA, et. al.<br><br>        Defendants. | CASE NO.  2:08-CR-318 LKK<br><br>**ORDER RE WAIVER OF DEFENDANT**<br>**ARTHUR EVANGELISTA'S PRESENCE** |

    Defendant, ARTHUR EVANGELISTA, hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this cause, including, but not limited to, when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the court before or after hearing, except upon arraignment, plea, impanelment of jury and imposition of sentence. Defendant, ARTHUR EVANGELISTA, hereby requests the court to proceed during every absence of his which the court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if defendant were personally present and further agrees to be present in court ready for hearing any day and hour the court may fix in his absence.

Defendant, ARTHUR EVANGELISTA, further acknowledges that he has been informed of his rights under Title 18 U.S.C. §§ 3161-3171 (Speedy Trial Act), and authorizes his attorney to set times and delays under the Act without defendant, ARTHUR EVANGELISTA, being present.

DATED: July 22, 2010
             by    /s/ Arthur Evangelista
                   ARTHUR EVANGELISTA
                   Defendant
                   (Original on file in Attorney's Office)

DATED: July 22, 2010
             by    /s/ Scott N. Cameron
                   Scott Cameron
                   Attorney for ARTHUR EVANGELISTA

**IT IS SO ORDERED**

Dated:    July 27, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT