```
BENJAMIN B. WAGNER
United States Attorney
RUSSELL L. CARLBERG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2748
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. S-08-318 LKK |
| ) | |
| Plaintiff, ) | STIPULATION AND |
| ) | ORDER CONTINUING RESTITUTION |
| v. ) | HEARING AND SURRENDER DATE |
| ) | |
| ARTHUR EVANGELISTA, ) | |
| ) | |
| Defendants, ) | |
| _____) | |

IT IS HEREBY STIPULATED BETWEEN THE PARTIES AND THEIR RESPECTIVE COUNSEL AS FOLLOWS:

(1) That defendant's Arthur Evangelista's restitution hearing is currently scheduled for Tuesday, December 20, 2011, at 9:15 a.m. before the Honorable Lawrence K. Karlton.  The issue of restitution continues to be investigated.  The parties, and Probation, require more time.  Accordingly, the parties stipulate and agree that the restitution hearing currently set for December 20, 2011, should be vacated and re-set for January 10, 2012, at 9:15 a.m.  The Probation Officer agrees with this request.

(2) That defendant Arthur Evangelista is currently scheduled to self-surrender on December 27, 2011 before 2:00 p.m..  The

1 defendant and his counsel request he be present for the
2 restitution hearing.  Accordingly, the parties stipulate and
3 agree that his self-surrender date be extended to January 27,
4 2012 before 2:00 p.m. to the institution already designated. The
5 Probation Officer agrees with this request.

                                        Respectfully Submitted,

7 DATE: Dec. 15, 2011                    BENJAMIN B. WAGNER
                                         United States Attorney

9                                         /s/ Russell L. Carlberg
                                     By: RUSSELL L. CARLBERG
10                                        Assistant United States Attorney


12                                        /s/ Scott Cameron*
                                         Attorney for Defendant
13                                       Arthur Evangelista


15 IT IS SO ORDERED.

16 Dated: December 19, 2011

                                         _____
18                                       LAWRENCE K. KARLTON
                                         SENIOR JUDGE
19                                       UNITED STATES DISTRICT COURT


25 * Signed with permission via email.

2