```
BENJAMIN B. WAGNER
United States Attorney
RUSSELL L. CARLBERG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2748
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ARTHUR EVANGELISTA, ) <br> ) <br> Defendant. ) <br> _____ ) | CR NO. S-08-318 LKK <br><br> STIPULATION AND <br> ORDER TO VACATE RESTITUTION <br> HEARING |

**STIPULATION**

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Russell L. Carlberg, and Scott Cameron, Esq., counsel for defendant Arthur Evangelista, that the restitution hearing scheduled for January 10, 2012, **may be vacated.** The government and Probation have not been able to determine which entities recognized the losses associated with the mortgage loans in this case due to their re-sale on the secondary market.

```
DATE: January 6, 2012                     BENJAMIN B. WAGNER
                                          United States Attorney

                                          By:  /s/ Russell L. Carlberg
                                          Russell L. Carlberg
                                          Assistant U.S. Attorney
```

1

```
                                   /s/*
                           ─────────────────────
                           SCOTT CAMERON
                           Attorney for Defendant Arthur
                           Evangelista
```

**ORDER**

IT IS SO ORDERED.

Dated: January 9, 2012

```
                           ─────────────────────
                           LAWRENCE K. KARLTON
                           SENIOR JUDGE
                           UNITED STATES DISTRICT COURT
```

* Signed with permission

2