BENJAMIN B. WAGNER
United States Attorney
RUSSELL L. CARLBERG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2748

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR NO. S-08-318 LKK |
| | ) | |
| Plaintiff, | ) | STIPULATION AND |
| | ) | ORDER TO VACATE RESTITUTION |
| v. | ) | HEARING |
| | ) | |
| ARTHUR EVANGELISTA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**STIPULATION**

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Russell L. Carlberg, and Scott Cameron, Esq., counsel for defendant Arthur Evangelista, that the restitution hearing scheduled for January 10, 2012, **may be vacated.** The government and Probation have not been able to determine which entities recognized the losses associated with the mortgage loans in this case due to their re-sale on the secondary market.

DATE: January 6, 2012            BENJAMIN B. WAGNER
                                 United States Attorney

                             By: /s/ Russell L. Carlberg
                                 Russell L. Carlberg
                                 Assistant U.S. Attorney

1

```
                                    /s/*
                             SCOTT CAMERON
                             Attorney for Defendant Arthur
                             Evangelista
```

**ORDER**

IT IS SO ORDERED.

Dated: January 9, 2012

```
                             _____
                             LAWRENCE K. KARLTON
                             SENIOR JUDGE
                             UNITED STATES DISTRICT COURT
```

* Signed with permission

2